IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.

OLGA OROZCO
  and
NICHOLAS E. INGERMAN

_____/

SEALED
INDICTMENT

4:22cr45-RH

THE GRAND JURY CHARGES:

### COUNT ONE

Between on or about May 28, 2021, and August 25, 2022, in the Northern District of Florida and elsewhere, the defendants,

**OLGA OROZCO**
and
**NICHOLAS E. INGERMAN,**

did knowingly and willfully combine, conspire, confederate, and agree with each other and other persons to distribute and possess with intent to distribute a controlled substance, and this offense involved 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, and 500 grams or more of a mixture and substance containing a detectable amount of



FILED USDC FLND TL
OCT 5 '22 PM12:45

methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO

On or about August 25, 2022, in the Northern District of Florida, the defendants,

**OLGA OROZCO
and
NICHOLAS E. INGERMAN,**

did knowingly and intentionally possess with intent to distribute a controlled substance, and this offense involved 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, and 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii), and Title 18, United States Code, Section 2.

## COUNT THREE

On or about August 25, 2022, in the Northern District of Florida, the defendant,

**NICHOLAS E. INGERMAN,**

during, in relation to, and in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute a controlled substance, as charged in Count Two of this Indictment, did knowingly carry and possess a firearm, namely, a Ruger .380 caliber pistol.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT FOUR

On or about August 25, 2022, in the Northern District of Florida, the defendant,

## NICHOLAS E. INGERMAN,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm in and affecting interstate commerce, that is:

1.   a.  On or about December 8, 2006, **NICHOLAS E. INGERMAN** was convicted in the State of Florida of two counts of lewd or lascivious molestation;

      b.  On or about October 4, 2018, **NICHOLAS E. INGERMAN** was convicted in the State of Florida of possession of alprazolam with intent to sell/distribute;

c.  On or about November 27, 2018, **NICHOLAS E. INGERMAN** was convicted in the State of Florida of possession of methamphetamine;

d.  On or about February 9, 2021, **NICHOLAS E. INGERMAN** was convicted in the State of Florida of possession of alprazolam;

e.  On or about April 2, 2020, **NICHOLAS E. INGERMAN** was convicted in the State of Florida of felony petit theft;

f.  On or about November 17, 2021, **NICHOLAS E. INGERMAN** was convicted in the State of Florida of possession of firearm by convicted felon;

g.  On or about November 17, 2021, **NICHOLAS E. INGERMAN** was convicted in the State of Florida of failure by a sexual offender to comply with registration requirements "(failure to provide motor vehi" and failure of sexual offender to report to Sheriff/FDLE; and

h.  On or about May 27, 2022, **NICHOLAS E. INGERMAN** was convicted in the State of Florida of fleeing or attempting to elude a law enforcement officer with siren and lights activated.

4

2. For each of these crimes, **NICHOLAS E. INGERMAN** was subject to punishment by a term of imprisonment exceeding one year.

3. Thereafter, **NICHOLAS E. INGERMAN** did knowingly possess a firearm, to wit, a Ruger .380 caliber pistol.

4. This firearm had previously been transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## CONTROLLED SUBSTANCE FORFEITURE

The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Section 853.

From their engagement in the violations alleged in Counts One and Two, punishable by imprisonment for more than one year, the defendants,

**OLGA OROZCO**
and
**NICHOLAS E. INGERMAN,**

shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), all of their interest in:

A. Property constituting or derived from any proceeds the defendants obtained directly or indirectly as the result of such violations.

B.  Property used in any manner or part to commit or to facilitate the commission of such violations.

If any of the property subject to forfeiture as a result of any act or omission of the defendants:

    i.  cannot be located upon the exercise of due diligence;

    ii.  has been transferred or sold to, or deposited with, a third person;

    iii.  has been placed beyond the jurisdiction of this Court;

    iv.  has been substantially diminished in value; or

    v.  has been commingled with other property that cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property.

## FIREARM FORFEITURE

The allegations contained in Counts Three and Four of this Indictment are hereby realleged and incorporated by reference. Because the defendant,

**NICHOLAS E. INGERMAN,**

knowingly committed the violations set forth in Counts Three and Four of this Indictment, any and all interest that this defendant has in the firearm involved in

6

theses violation is vested in the United States and hereby forfeited to the United States pursuant to Title 18, United States Code, Section 924(d)(1).

A TRUE BILL:

███████████

FOREPERSON

_10/4/2022_
DATE

_____
JASON R. COODY
United States Attorney

_____
JAMES A. McCAIN
Assistant United States Attorney