# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

UNITED STATES OF AMERICA                                    SEALED

VS                                                          CASE NO. 4:22cr45-RH

OLGA OROZCO

## WARRANT FOR ARREST

TO:   The United States Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  <u>OLGA OROZCO</u>
                                         Name
and bring him or her forthwith to the nearest magistrate to answer an

### Indictment

charging him or her with:

Conspiracy to distribute and possess with intent to distribute a controlled substance and Possess with intent to distribute a controlled substance

in violation of Title 21 United States Code, Section(s) 846, 841

<u>Jessica J. Lyublanovits</u>                    <u>Clerk of Court</u>
Name of Issuing Officer                          Title of Issuing Officer

<u>  *signature*  </u>                            <u>October 5, 2022     Tallahassee</u>
Deputy Clerk: Angela Maxwell                     Date and Location

Bail fixed at $ <u>Bail Reform Act</u>
and/or in accordance with Comprehensive Crime   by <u>Martin A. Fitzpatrick</u>
Control Act of 1984.                                  Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |
| Orlando, FL |
| DATE RECEIVED 10-12-22   NAME AND TITLE OF ARRESTING OFFICER   SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 10-12-22  Special Agent Michael Pullen         *signature* |



FILED USDC FLND TL
OCT 17 '22 PM3:31