IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.

OLGA OROZCO

Case No. 4:22cr45-RH-1

## STATEMENT OF FACTS

The Defendant agrees to the following facts and admits that, if this case were to proceed to trial, the Government could prove them beyond a reasonable doubt.

During the time alleged in the indictment, the Defendant conspired with her co-defendant, Nicholas Ingerman, and others to obtain and distribute more than 500 grams of methamphetamine. On August 24–25, 2022, Ingerman and the Defendant were driving back from California together with approximately 7 kilograms of methamphetamine.

Facebook messages reflect that early in the morning on August 25, 2022, Ingerman sold approximately a kilogram of methamphetamine to Kimberly Hogue (NDFL 4:22cr46-AW) for $5000 cash and a promise of an additional $500.

Around 4:00am that same morning, Ingerman and the Defendant were pulled over on I-10 in Madison County by FHP. Officers found approximately six kilograms of methamphetamine (DEA laboratory results were 5814 ± 2 grams

FILED IN OPEN COURT ON
3/6/23  cm
United States District Court
Northern District of Florida

methamphetamine hydrochloride, 99% ± 6% purity, for a total amount of pure substance of 5755 ± 351 grams). Also in the car were approximately 8 grams of fentanyl, 45 pills purporting to be oxycodone, a Ruger .380 pistol, and $4950 in cash (consistent with having come from Kimberly Hogue). The Ruger .380 pistol was found in a bag containing male clothing items and belonged to Ingerman.

A federal search warrant was obtained for the Defendant's cellphone seized during this same traffic stop (NDFL 4:22m213-MAF). The cellphone contained extensive text messages with Angel Bello-Flores (NDFL 5:22cr32-MW) in which Bello-Flores was arranging for the Defendant to pick up and distribute large amounts of methamphetamine. For instance, the following exchange occurred on May 29, 2022:

> Bello-Flores: "And you got 1100 right"
>
> Bello-Flores: "So at 2300 times 9 is 20700"
>
> Bello-Flores: "From them we still got to give my ppl 16500 which will leave is with 4200 left"
>
> Bello-Flores: "So if I take for me 1100 so we both got the same amount that will leave us with 3100"
>
> Bello-Flores: "And we split that in half Wich will be 1550"
>
> Bello-Flores: "That's for this Jale we got now at that price" (Note that Jale is common slang for methamphetamine)
>
> Bello-Flores: "So now am going to give you the numbers for the next time we go up there 10 kilos at 3500 is 45000"

2

Orozco: "Vato tus cuentas estan mal...explain to me how 3500 x 10 is 45000??" (Dude, your numbers are wrong)

Bello-Flores: "So when we break them in pounds it's 22 pounds and 8oz so"

Bello-Flores: "My bad u right am sorry it's 35000"

Bello-Flores: "My bad dam don't kill me lol two minds think better then one ke no"

Orozco: "You said they gave them to you at 3,800 each so 3800 x 5 is 19000"

Bello-Flores: "Because I got to give 500 to my primo and 500 to my sister remember that makes it 20000"

Bello-Flores: "Ok so from them 44000 we give 35000 to my ppl and keep 9000 for us which will be 4500 each"

Bello-Flores: "And plus we still got the 8 oz left"

Bello-Flores: "That's why I told them I wanted 20 kilos but they want to see first how fast I move this 10 first"

Bello-Flores: "If they like how I move it they will give me 20 at a time"

Bello-Flores: "What u think that's cool because at the end of the day am not doing nothing with out you"

Bello-Flores: "When patty send you the 450 send 50 here charniceJ the same name pops up and say it's from budda"

Bello-Flores: "Your my other half and am doing this for both of us"

Bello-Flores: "I never trusted no one like I do u I never thought I would and here we are u got my life in your hands and I know I do to pero just know I wouldn't let no one hurt you ever"

Orozco: "Yeah that's Koo...lets give it a try a see if it works out as planned"

Beginning on June 5, 2022, at approximately 1:36am, the Defendant and

3

Bello-Flores exchanged a series of text messages regarding the Defendant driving to Norcross, GA to pick up a load of methamphetamine.

On June 6, 2022, the Defendant sent Bello-Flores a photograph of a large stack of United States currency. Bello-Flores gave the Defendant an address of at which to meet the distributor. The Defendant texted Bello-Flores a photograph of her red Kia Forte. The Defendant asked that Bello-Flores tell the people to count the money in front her so that there would not be any misunderstandings ("Honestly I would like for them to count the money in front of me pa que no aiga Fallas ..I don't want misunderstanding of for them to say it's short or anything but if we can't I guess we cant.") Bello-Flores responded that they didn't need to count it ("He said na he trust me.. What ever I say that's what it is"), that the Defendant should just give them the money and take the bag ("But I think there walking he said just get the bag and u give them the money and every one go there way.")

Beginning at 6:37am on 6-7-22, the Defendant began sending Bello-Flores photographs of methamphetamine on a scale.

| | |
|---|---|
| Bello-Flores | "Dam I don't know how he deleted the pic they send me earlier pero.. They send me a pic of 1 of them on the scale and it was weighing 1010." |
| Bello-Flores | "U know in grams it weighs 1008" |
| Orozco | "can send you a picture of how much each one weights in grams of you want" |

4

While the Defendant was sending the images, she also sent a text that read, "Idk but this batch came about the same weight as the last batch each kilo weighting about 2 lbs and 3oz." The amounts in the pictures she sent were:

- 1st picture: 1007.5 grams



- 2nd picture: 1006.5 grams
- 3rd picture: 1009.0 grams
- 4th picture: 1004.0 grams
- 5th picture: 1004.0 grams
- 6th picture: 1003.0 grams
- 7th picture: 1005.5 grams
- 8th picture: 1005.0 grams
- 9th picture: 1007.0 grams

On June 11, 2022, beginning at approximately 7:18pm, Bello-Flores sent the Defendant a series of text messages and audio files telling her how to "clean" the

methamphetamine and, use the leftovers to make Molly (a term usually used to describe synthetic cathinones). During the discussion, the Defendant sent Bello-Flores a photo of a large plastic bin filled with methamphetamine.



The two then went on to discuss whether they should pick up 10 or 20 pounds on the next trip

The Defendant knows Angel Bello-Flores, recognizes his voice, and knows that she was communicating with him via cellphone from inside prison. The substance which Bello-Flores directed her to pick up was methamphetamine and was similar in quality to the methamphetamine with which the Defendant was stopped on August 25, 2022. The Defendant conspired with Angel Bello-Flores to distribute

and possess with intent to distribute 500 grams or more of methamphetamine.

## ELEMENTS

**Count 1: Controlled Substances: Conspiracy, PJI O100**
   (1) two or more people in some way agreed to try to accomplish a shared and unlawful plan to distribute and possess with intent to distribute methamphetamine; and
   (2) the Defendant, knew the unlawful purpose of the plan and willfully joined in it.

Sentencing enhancement
   (3) the object of the unlawful plan was to distribute and possess with the intent to distribute 500 grams or more of a mixture containing methamphetamine.

**Count 2: Controlled Substances—Possession with Intent to Distribute, PJI O98**
   (1)   the Defendant knowingly possessed methamphetamine; and
   (2)   the Defendant intended to distribute the methamphetamine.

Sentencing enhancement
   (3) the offense involved 500 grams or more of a mixture containing methamphetamine.

7

JASON R. COODY
United States Attorney

_____          _____
MUTAQEE AKBAR                                    JAMES A. McCAIN
Attorney for Defendant                           Florida Bar No. 0077536
                                                 Assistant United States Attorney
                                                 Northern District of Florida
                                                 111 N. Adams Street, 4th Floor
3/6/2023                                         Tallahassee, FL 32301
_____                        850-942-8430
Date                                             james.mccain2@usdoj.gov


_____          3/06/2023
OLGA OROZCO                        _____
Defendant                          Date

3/6/23
_____
Date

8